IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TARVISIUM HOLDINGS, LLC, and 45N12E, LLC, | ) ) ) |
| Plaintiffs/Counter Defendants, | ) ) |
| v. | ) No. 4:19-CV-0086-DGK ) |
| DUKAT, LLC, 36LOWER, INC., ELLIOTT KATTAN, and BEN SCHWARTZ, | ) ) ) ) ) |
| Defendants/Counter Plaintiffs, | ) ) |
| v. | ) ) |
| ANA PIEROPAN, and MICHELE PIEROPAN, | ) ) ) |
| Third-Party Defendants. | ) |

## ORDER GRANTING MOTIONS TO WITHDRAW

This lawsuit arises from Plaintiffs' purchase of an e-Commerce business from Defendant Dukat, LLC ("Dukat"). Plaintiffs allege that Defendants used unlawful methods to induce Tarvisium to buy the business, including misrepresenting the company's financial health during negotiations by inflating the company's historical sales and profitability. Defendants have counterclaimed against Plaintiffs and their principals for breach of the sales agreement by failing to make payments on promissory notes to buy the business.

Now before the Court are motions to withdraw brought by attorneys Sheldon D. Korlin, Anne M. Zimmerman, and Brett B. Caban of the AEGIS law firm, ECF No. 231, and by attorneys Robert M. Thompson, Jennifer L. Berhorst, and Cassandra R. Wait of the law firm Bryan Cave Leighton Paisner. LLP, ECF No. 232. The attorneys all represent the

Defendants/Counter Plaintiffs. A subsequent brief filed under seal indicates that an actual conflict of interest has arisen such that counsel must withdraw. ECF No. 238.

The motions to withdraw are GRANTED. Before withdrawing, counsel shall serve their clients with a copy of this order and the other order issued today concerning Dukat's suggestion of bankruptcy. Counsel shall file a certificate of service memorializing such service.

**IT IS SO ORDERED.**

Date: July 16, 2022 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT