IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **TARVISIUM HOLDINGS, LLC,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 4:19-CV-0086-DGK |
| ) | |
| **DUKAT, LLC,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL SUGGESTIONS ON THE APPLICATION OF THE AUTOMATIC STAY AS TO THE NON-DUKAT, LLC DEFENDANTS

1. As explained in Plaintiffs' prior briefing on this issue, the New Jersey Bankruptcy Court was to hold a hearing on August 17, 2021, to address the application of Dukat's automatic stay to Defendants Elliott and Mourad Kattan. Since filing Plaintiffs' Reply Brief (Dkt. No. 254), the undersigned counsel has learned that Defendants Schwartz and 36 Lower, Inc. also applied to the New Jersey Bankruptcy Court for an extension of the automatic stay to them.

2. The New Jersey Bankruptcy Court has ruled on these issues. Accordingly, Plaintiffs seek leave to file supplemental suggestions, not to exceed 2 pages, to address the import of those rulings on or before August 20, 2021.

Respectfully submitted:

**ROUSE FRETS WHITE GOSS
GENTILE RHODES, P.C.**

/s/  R. Todd Ehlert
| R. TODD EHLERT | MO #51853 |
| BRETT C. RANDOL | MO #57699 |
| JOEL H. DRISKELL | MO #70552 |

5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
Telephone:  (913) 387-1600
Facsimile:  (913) 928-6739
tehlert@rousepc.com
brandol@rousepc.com
hdriskell@rousepc.com
**Attorneys for Plaintiffs**

# CERTIFICATE OF SERVICE

The undersigned hereby confirms that on this 18th day of August, 2021, a copy of the foregoing was filed via the Court's electronic filing system, and a copy was mailed to the following:

Elliott Kattan
28 Old Farm Road
Oakhurst, NJ 07755

Mourad Kattan
15 Old Farm Road
Oakhurst, NJ 07755

Benjamin Schwartz
37 Herrick Avenue
Teaneck, NJ 07666

36Lower, Inc.
180 Talmadge Road, Ste. 509
Edison, NJ 08817

/s/  R. Todd Ehlert
**Attorney for Plaintiffs**