IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TARVISIUM HOLDINGS, LLC, et al., | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:19-CV-0086-DGK |
| vs. | ) |
| KUKAT, LLC, et al., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

**COMES NOW** Ronald S. Weiss and moves the Court for an Order allowing Lauren Gershuny, a member of the New York State Bar to appear Pro Hac Vice for this case only and in support thereof states that I am a member in good standing of the Bar of this Court and will sign all pleadings and other papers which are filed by Lauren Gershuny as well as participate meaningfully in preparation and trial of this case, to the extent required by the Court.

**WHEREFORE**, Ronald S. Weiss prays the Court for an Order allowing Gershuny to appear in this case Pro Hace Vice.

Respectfully submitted:

**BERMAN, DELEVE, KUCHAN & CHAPMAN, LLC**

By: */s/ Ronald S. Weiss*
Ronald S. Weiss,  MO# 21215
Joel Pelofsky,  MO #17929
1100 Main Street, Suite 2850
Kansas City, Missouri 64105
(816) 471-5900 / (816) 842-9955 (FAX)
rweiss@bdkc.com
jpelofsky@bdkc.com
**ATTORNEYS FOR DEFENDANTS
ELLIOTT KATTAN and MOURAD KATTAN**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing was filed electronically with the Court this 7th day of February, 2022 with an identical copy being sent by United States Mail, postage prepaid, and

1

directed to:

Benjamin Schwartz
37 Herrick Avenue
Teaneck, NJ 07666

Dukat, LLC
95 Newfield Avenue
Suite G
Edison, NJ 08837

Todd Ehlert
5250 W. 116th Place
Suite 400
Leawood, KS 66211

Joshua S. Bauchner
Seth M. Rosenstein
365 Rifle Camp Road
Woodland Park, NJ 07424

/s/ Ronald S. Weiss_____
Ronald S. Weiss, MO #21215
**Attorney for Defendants**
**Elliott Kattan and Mourad Kattan**